Nicholas R. Kloeppel, SBN #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
DOUGLAS SHAW, VICKY SLEIGHT,
GALASYN, INC.


William W. Palmer, SBN #146404
PALMER LAW GROUP, PLC
2443 Fair Oaks Blvd., No. 545
Sacramento, CA 95825
Tel: (916) 972-0761
Fax: (916) 917-5397

Attorneys for Plaintiffs
EDWARD GALASYN, MARTA A.
KINGSBURY in her capacity as
Administrator of the Estate of
Edward Galasyn

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn, | CASE NO.: 17-CV-00363-TLN-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |
| vs. | |
| VICKY SLEIGHT, DOUGLAS SHAW, GALASYN, INC., | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**
1

1    **IT IS HEREBY STIPULATED** by and between the parties, plaintiffs EDWARD

2    GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of

3    Edward Galasyn ("Plaintiffs"), and defendants DOUGLAS SHAW, VICKY SLEIGHT

4    and GALASYN, INC. ("Defendants"), through their respective attorneys as follows:

5        1.    Plaintiffs filed an initial Complaint on February 21, 2017.

6        2.    Defendants, who were served with the initial Complaint, are required to

7    respond to the Complaint on or before May 29, 2017, pursuant to a stipulation filed with

8    the Court on April 28, 2017 (ECF Docket No. 5).

9        3.    The parties are in the process of locating and informally exchanging

10   documents, and are evaluating the potential for early resolution of this case. The

11   attorneys are working well together and professionally in an effort to conserve the

12   resources of the Court and the parties.

13       4.    Defendants have requested and Plaintiffs have agreed to provide an

14   additional extension of time to file a responsive pleading to the Complaint to June 29,

15   2017, in order to continue to discuss the prospect of an early resolution of this matter.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING**
**RESPONSIVE PLEADING**
2

**THE PARTIES HEREBY STIPULATE THAT:**

1.     Defendants' deadline to file pleadings in response to the Complaint on file in this matter is extended until June 29, 2017.

IT IS SO STIPULATED AND AGREED.

DATED:  May 24, 2017          PALMER LAW GROUP


By:   /s/ William W. Palmer
         WILLIAM W. PALMER
         Attorneys for Plaintiffs

DATED:  May 24, 2017          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP


By:   /s/ Nicholas R. Kloeppel
         NICHOLAS R. KLOEPPEL
         Attorneys for Defendants


## ORDER

The above stipulation is accepted and it is so ordered.  Defendants DOUGLAS SHAW, VICKY SLEIGHT, and GALASYN, INC. shall have an extension of time to June 29, 2017, to file a responsive pleading to the Complaint.

Dated: May 30, 2017


Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING
RESPONSIVE PLEADING
3