Nicholas R. Kloeppel, SBN #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
DOUGLAS SHAW, VICKY SLEIGHT,
GALASYN, INC.


William W. Palmer, SBN #146404
PALMER LAW GROUP, PLC
2443 Fair Oaks Blvd., No. 545
Sacramento, CA 95825
Tel: (916) 972-0761
Fax: (916) 917-5397

Attorneys for Plaintiffs
EDWARD GALASYN, MARTA A.
KINGSBURY in her capacity as
Administrator of the Estate of
Edward Galasyn

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn,<br><br>    Plaintiff,<br><br>vs.<br><br>VICKY SLEIGHT, DOUGLAS SHAW, GALASYN, INC.,<br><br>    Defendants. | CASE NO.: 17-CV-00363-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

1

**IT IS HEREBY STIPULATED** by and between the parties, plaintiffs EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn ("Plaintiffs"), and defendants DOUGLAS SHAW, VICKY SLEIGHT and GALASYN, INC. ("Defendants"), through their respective attorneys as follows:

1. Plaintiffs filed an initial Complaint on February 21, 2017.

2. Defendants, who were served with the initial Complaint, are required to respond to the Complaint on or before June 29, 2017, pursuant to this court's order filed on May 31, 2017, (ECF Docket No. 7).

3. The parties have spent considerable time locating documents regarding a corporation which has been essentially idle for the better part of 50 years. The parties are now in the process of informally exchanging documents and are evaluating the potential for early resolution of this case. The attorneys are working well together and professionally in an effort to conserve the resources of the Court and the parties. It remains the goal of the parties to exhaust the potential for early resolution before expending resources in litigation.

4. Defendants previously requested, and Plaintiffs agreed on two occasions, to extend Defendants' time to file a responsive pleading with the current deadline to respond being June 29, 2017.

5. Defendants have requested and Plaintiffs have agreed to provide an additional extension of time to file a responsive pleading to the Complaint to July 31, 2017, in order to continue to discuss the prospect of an early resolution of this matter.

///
///
///
///
///

**THE PARTIES HEREBY STIPULATE THAT:**

1. Defendants' deadline to file pleadings in response to the Complaint on file in this matter is extended until July 31, 2017.

IT IS SO STIPULATED AND AGREED.

DATED: June 27, 2017                    PALMER LAW GROUP

                                        By:  */s/ William W. Palmer*
                                             WILLIAM W. PALMER
                                             Attorneys for Plaintiffs

DATED: June 27, 2017                    MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                                        By:  */s/ Nicholas R. Kloeppel*
                                             NICHOLAS R. KLOEPPEL
                                             Attorneys for Defendants

**ORDER**

The above stipulation is accepted and it is so ordered. Defendants DOUGLAS SHAW, VICKY SLEIGHT, and GALASYN, INC. shall have an extension of time to July 31, 2017, to file a responsive pleading to the Complaint.

DATED: June 29, 2017

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

3