Nicholas R. Kloeppel, SBN #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
DOUGLAS SHAW, VICKY SLEIGHT,
GALASYN, INC.

William W. Palmer, SBN #146404
PALMER LAW GROUP, PLC
2443 Fair Oaks Blvd., No. 545
Sacramento, CA 95825
Tel: (916) 972-0761
Fax: (916) 917-5397

Attorneys for Plaintiffs
EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn,<br><br>    Plaintiff,<br><br>vs.<br><br>VICKY SLEIGHT, DOUGLAS SHAW, GALASYN, INC.,<br><br>    Defendants. | CASE NO.: 17-CV-00363-TLN-EFB<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |

———————————————1———————————————
**STIPULATION TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

**IT IS HEREBY STIPULATED** by and between the parties, plaintiffs EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn ("Plaintiffs"), and defendants DOUGLAS SHAW, VICKY SLEIGHT and GALASYN, INC. ("Defendants"), through their respective attorneys as follows:

1. Plaintiffs filed an initial Complaint on February 21, 2017.

2. Defendants, who were served with the initial Complaint, are required to respond to the Complaint on or before July 31, 2017, pursuant to this court's order filed on June 30, 2017, (ECF Docket No. 9).

3. The parties have continued meaningful efforts to resolve the disputed issues. They are currently awaiting the approval of a Stipulated Protective Order submitted on July 24, 2017 (ECF Docket No. 10). Upon receiving the Order, the defendants will be releasing records to plaintiffs that are anticipated to move this case towards a resolution.

4. Counsel for plaintiffs will have limited availability during the month of August from August 1 through August 14, 2017, as he will be out of the country. Counsel for defendants has limited availability as a result of a federal trial in the Northern District from August 18 through August 30, 2017.

5. Defendants previously requested, and Plaintiffs agreed on three occasions, to extend Defendants' time to file a responsive pleading with the current deadline to respond being July 31, 2017.

6. The parties and their counsel wish to have sufficient time after the release of protected records to continue with meaningful settlement discussions. Therefore, the parties agree to an extension of time of sixty (60) days for defendants to file a responsive pleading to the Complaint.

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

_____2_____
**STIPULATION TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

7. Defendants have requested and Plaintiffs have agreed to provide an additional extension of time to file a responsive pleading to the Complaint to September 29, 2017, in order to continue to discuss the prospect of an early resolution of this matter.

**THE PARTIES HEREBY STIPULATE THAT:**

1. Defendants' deadline to file pleadings in response to the Complaint on file in this matter is extended until September 29, 2017.

IT IS SO STIPULATED AND AGREED.

DATED: July 27, 2017        PALMER LAW GROUP

By: */s/ William W. Palmer*
    WILLIAM W. PALMER
    Attorneys for Plaintiffs

DATED: July 27, 2017        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
    NICHOLAS R. KLOEPPEL
    Attorneys for Defendants

## **ORDER**

The above stipulation is accepted and it is so ordered. Defendants DOUGLAS SHAW, VICKY SLEIGHT, and GALASYN, INC. shall have an extension of time to September 29, 2017, to file a responsive pleading to the Complaint.

DATED: July 31, 2017

_____
Troy L. Nunley
United States District Judge