Nicholas R. Kloeppel, SBN #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
DOUGLAS SHAW, VICKY SLEIGHT,
GALASYN, INC.


William W. Palmer, SBN #146404
PALMER LAW GROUP, PLC
2443 Fair Oaks Blvd., No. 545
Sacramento, CA 95825
Tel: (916) 972-0761
Fax: (916) 917-5397

Attorneys for Plaintiffs
EDWARD GALASYN, MARTA A.
KINGSBURY in her capacity as
Administrator of the Estate of
Edward Galasyn

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn,<br><br>Plaintiff,<br><br>vs.<br><br>VICKY SLEIGHT, DOUGLAS SHAW, GALASYN, INC.,<br><br>Defendants. | CASE NO.: 17-cv-00363-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |

———————————1———————————
**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

**IT IS HEREBY STIPULATED** by and between the parties, plaintiffs EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn ("Plaintiffs"), and defendants DOUGLAS SHAW, VICKY SLEIGHT and GALASYN, INC. ("Defendants"), through their respective attorneys as follows:

1. Plaintiffs filed an initial Complaint on February 21, 2017.

2. Defendants, who were served with the initial Complaint, are currently required to respond to the Complaint on or before September 29, 2017, pursuant to this court's order filed on August 1, 2017, (ECF Docket No. 12).

3. The parties have exchanged relevant records and have engaged in meaningful settlement discussions. Both parties have presented offers and believe that a settlement is imminent. The most recent settlement offer was presented by defendants on September 14, 2017. Plaintiffs are considering their response and have indicated that they will need until September 27, 2017, to do so. Assuming that a settlement is not reached, defendants would have insufficient time to prepare and file a first responsive pleading by September 29, 2017. To ensure that there is an adequate opportunity to fully explore early settlement and to afford defendants time to file their first responsive pleading, the parties agree to extend the time for defendants to file their first responsive pleading.

4. Defendants previously requested, and Plaintiffs agreed on four occasions, to extend Defendants' time to file a responsive pleading with the current deadline to respond being September 29, 2017.

5. The parties and their counsel wish to have sufficient time respond to the current settlement offer and attempt to reach a full agreement. Therefore, the parties agree to an extension of time of sixty (60) days for defendants to file a responsive pleading to the Complaint.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

6. Defendants have requested and Plaintiffs have agreed to provide an additional extension of time to file a responsive pleading to the Complaint to November 28, 2017, in order to continue to discuss the prospect of an early resolution of this matter.

**THE PARTIES HEREBY STIPULATE THAT:**

1. Defendants' deadline to file pleadings in response to the Complaint on file in this matter is extended until November 28, 2017.

IT IS SO STIPULATED AND AGREED.

DATED: September 21, 2017     PALMER LAW GROUP

By: */s/ William W. Palmer*
     WILLIAM W. PALMER
     Attorneys for Plaintiffs

DATED: September 21, 2017     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
     NICHOLAS R. KLOEPPEL
     Attorneys for Defendants

## **ORDER**

The above stipulation is accepted and it is so ordered. Defendants DOUGLAS SHAW, VICKY SLEIGHT, and GALASYN, INC. shall have an extension of time to November 28, 2017, to file a responsive pleading to the Complaint.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**