Nicholas R. Kloeppel, SBN #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
DOUGLAS SHAW, VICKY SLEIGHT,
GALASYN, INC.


William W. Palmer, SBN #146404
PALMER LAW GROUP, PLC
2443 Fair Oaks Blvd., No. 545
Sacramento, CA 95825
Tel: (916) 972-0761
Fax: (916) 917-5397

Attorneys for Plaintiffs
EDWARD GALASYN, MARTA A.
KINGSBURY in her capacity as
Administrator of the Estate of
Edward Galasyn

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn,<br><br>    Plaintiff,<br><br>vs.<br><br>VICKY SLEIGHT, DOUGLAS SHAW, GALASYN, INC.,<br><br>    Defendants. | CASE NO.: 17-CV-00363-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |

///

———————————————1———————————————
**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

**IT IS HEREBY STIPULATED** by and between the parties, plaintiffs EDWARD GALASYN, MARTA A. KINGSBURY in her capacity as Administrator of the Estate of Edward Galasyn ("Plaintiffs"), and defendants DOUGLAS SHAW, VICKY SLEIGHT and GALASYN, INC. ("Defendants"), through their respective attorneys as follows:

1. Plaintiffs filed an initial Complaint on February 21, 2017.

2. Defendants, who were served with the initial Complaint, are currently required to respond to the Complaint on or before November 28, 2017, pursuant to this Court's order filed on October 4, 2017 (ECF Docket No. 15).

3. The parties continue to work towards a settlement of this case and have exchanged drafts of a Mutual Release and Settlement Agreement ("Settlement"). The parties require additional time to finalize the Settlement and therefore stipulate to an additional ten (10) days to finalize the Settlement and deliver the initial settlement payment, as defined therein.

4. Defendants previously requested, and Plaintiffs agreed on five occasions, to extend Defendants' time to file a responsive pleading with the current deadline to respond being November 28, 2017. The parties entered into a Confidentiality Agreement in order to exchange documents and to facilitate settlement discussion. All requests for extensions have been in furtherance of affording the parties an opportunity to engage in meaningful settlement discussions.

5. The parties and their counsel wish to have sufficient time respond to the current Settlement draft and attempt to reach a full agreement. Therefore, the parties agree to an extension of time of ten (10) days for Defendants to file a responsive pleading to the Complaint.

///

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**

6. Defendants have requested, and Plaintiffs have agreed to provide an additional extension of time to file a responsive pleading to the Complaint to December 8, 2017, in order to continue to discuss the prospect of an early resolution of this matter.

**THE PARTIES HEREBY STIPULATE THAT:**

1. Defendants' deadline to file pleadings in response to the Complaint on file in this matter is extended until December 8, 2017.

IT IS SO STIPULATED AND AGREED.

DATED: November 27, 2017        PALMER LAW GROUP

By: _/s/ William W. Palmer_
    WILLIAM W. PALMER
    Attorneys for Plaintiffs

DATED: November 27, 2017        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: _/s/ Nicholas R. Kloeppel_
    NICHOLAS R. KLOEPPEL
    Attorneys for Defendants

## **ORDER**

The above stipulation is accepted and it is so ordered. Defendants DOUGLAS SHAW, VICKY SLEIGHT, and GALASYN, INC., shall have an extension of time to December 8, 2017, to file a responsive pleading to the Complaint.

Dated: December 5, 2017

Troy L. Nunley
United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING**